IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LADRENA THOMAS**, as Personal
Representative of the **ESTATE OF**
**DAVINIAN D. WILLIAMS, DECEASED**,

    Plaintiff,

Case No.: 3:13-cv-776-39PDB

vs.

**THE CITY OF JACKSONVILLE; THE**
**JACKSONVILLE SHERIFF'S OFFICE;**
**JOHN H. RUTHERFORD**, in his official capacity
as Sheriff of the Consolidated City of Jacksonville
and Duval County, Florida; and **OFFICER**
**JEFFREY S. EDWARDS**,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN OPPOSITION**
**TO DEFENDANT CITY OF JACKSONVILLE'S MOTION FOR FINAL**
**SUMMARY JUDGMENT (DOC 30) AND DEFENDANT JEFFREY**
**EDWARDS' MOTION FOR SUMMARY JUDGMENT (DOC 29)**

Plaintiff, LaDrena Thomas, as personal representative of the estate of Davinian D. Williams, deceased, hereby files the following documents in opposition to Defendant City of Jacksonville's Motion for Final Summary Judgment (Doc 30) and Defendant Jeffrey Edwards' Motion for Summary Judgment (Doc 29):

1. Plaintiff's First Set of Requests for Admission to Defendants;

2. Defendant City's Response to Plaintiff's First Set of Requests for Admission;

3. Plaintiff's Second Request for Admissions to Defendants; and

4. Defendant City's Response to Plaintiff's Second Request for Admissions.

    Respectfully submitted,

    **CRAIG GIBBS**
    Florida Bar No. 655041
    Law Office of Craig Gibbs
    1200 Riverplace Blvd., Suite 810
    Jacksonville, Florida 32207
    Telephone: (904) 396-4499
    Facsimile: (904) 396-5224
    Email: cgibbs@cgibbslaw.com

    **DAVID H. WILLIS**
    Florida Bar No. 48820
    David Willis Law Group, P.A.
    320 First Street North, Suite 613
    Jacksonville Beach, Florida 32250
    Telephone: (904) 270-8707
    Facsimile: (904) 212-0014
    Email: dwillis@dwlawgroup.com

    -and-

        **CARL RUFUS PENNINGTON, III, P.A.**

    By: /s/ C. Rufus Pennington, III
        **C. Rufus Pennington, III**
        Florida Bar No. 329029
        320 North First Street Suite 609
        Jacksonville Beach, Florida 32250
        Telephone: (904) 339-0405
        Facsimile: (904) 339-0406
        Email: rufus@rufuspennington.com

        Trial Counsel for Plaintiff


## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on the 16th day of January, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

        **CARL RUFUS PENNINGTON, III, P.A.**

    By: /s/ C. Rufus Pennington, III

        **C. Rufus Pennington, III**
        Florida Bar No. 329029
        320 North First Street Suite 609
        Jacksonville Beach, Florida 32250
        Telephone: (904) 339-0405
        Facsimile: (904) 339-0406
        Email: rufus@rufuspennington.com